UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Susan D. Wigenton |
| v. | Criminal No. 11-525 (SDW) |
| JAMIL THOMPSON, | ORDER |

This matter having been opened to the Court on the application of JAMIL THOMPSON, by Lorraine Gauli-Rufo, Assistant Federal Defender, and Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant U.S. Attorney) having no objection to the request, and for good cause shown, It is Ordered that:

1. Defendant shall file pretrial motions on or before November 28, 2011;

2. The Government shall respond to such motions on or before December 12, 2011;

3. The return date for pretrial motions shall be on a date to be set by the Court; and

4. Trial shall commence on a date to be set by the Court.

November 3, 2011

Honorable Susan D. Wigenton
United States District Judge

_____  Dated: 10/31/11
Lorraine Gauli-Rufo, AFPD

_____  Dated: 10/31/11
Fabiana Pierre-Louis, AUSA